AO 451 (Rev. 01/09; DC 4/10)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| MATI GILL | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. 15-2272 (RBW) |
| ISLAMIC REPUBLIC OF IRAN | ) |
| *Defendant* | ) |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*  03/31/2017  .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:  12/12/2017

ANGELA D. CAESAR, CLERK OF COURT

_Julson P. Brown_
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MATI GILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 15-2272  (RBW) |
| | ) | |
| ISLAMIC REPUBLIC OF IRAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND DEFAULT JUDGMENT

In accordance with the Sealed Memorandum Opinion issued this same day, it is hereby

**ORDERED** that the plaintiff's obligations under the Court's March 3, 2017 Order to show cause are **DISCHARGED**.  It is further

**ORDERED** that the plaintiff's Motion for Judgment by Default is **GRANTED**.  It is further

**ORDERED** that judgment in the amount of $30,000,000 is entered for the plaintiff Mati Gill and against the defendant the Islamic Republic of Iran, allocated as follows: (1) $7,500,000 in compensatory damages, and (2) $22,500,000 in punitive damages.  It is further

**ORDERED** that the plaintiff may submit proposed redactions to the Sealed Memorandum Opinion so that it may be posted to the public docket on or before April 14, 2017. If the plaintiff does not submit proposed redactions by that date, the Court will post the Memorandum Opinion in its entirety unsealed.

**SO ORDERED** this 31st day of March, 2017.

REGGIE B. WALTON
United States District Judge



U.S. District and Bankruptcy Courts
for the District of Columbia
A TRUE COPY
ANGELA D. CAESAR, Clerk